AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 49, United States Code, Section 46506 (1), incorporating Title 18, United States Code, Section 113(a)(4), Assault Within a Special Aircraft Jurisdiction of the United States

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Maximum Term of Imprisonment of Six Months;
Maximum Fine $5,000;
Mandatory Special Assessment of $10.

E-filing

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
3-08-70390 BZ

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DEREK R. OWENS

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**FILED**
JUN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**
▶ ANNE-MARIE KIVINEN

DISTRICT COURT NUMBER
CR 08   0427 MAG

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
NDCA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☒ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
State of California

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney



E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION



| UNITED STATES OF AMERICA, | ) | CR 08  0427 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | VIOLATION: Title 49, United States Code, Section 46506 (1), incorporating Title 18, United States Code, Section 113(a)(4), Assault (Class B Misdemeanor) |
| v. | ) | |
| ANNE-MARIE KIVINEN, | ) | |
| Defendant. | ) | SAN FRANCISCO VENUE |

MAG

INFORMATION

The United States Attorney charges:

On or about June 23, 2008, in the special aircraft jurisdiction of the United States, the defendant,

ANNE-MARIE KIVINEN,

knowingly and intentionally struck, beat and wounded a person, in violation of Title 49, United

//
//
//
//

INFORMATION

1  States Code, Section 46506 (1), incorporating Title 18, United States Code, Section 113(a)(4), a
2  Class B Misdemeanor.
3
4  DATED: June 30, 2008                    JOSEPH P. RUSSONIELLO
                                           United States Attorney
5
6
7                                          GREGG W. LOWDER
                                           Chief, Major Crimes Section
8
9  (Approved as to form: _____ )
10    DEREK OWENS
      Assistant United States Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION