07/09/2008 01:31 PM EST

**Case Debt Type Payment Report**
**U.S. Courts**

Version 7.0.1

San Francisco

Case No. DCAN308CR000427    US V KIVINEN

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | ANNE-MARIE KIVINEN | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 3461102O749 | 2 | PR | 1,000.00 | 06/30/2008 |
| 001 | ANNE-MARIE KIVINEN | 504100 | SPECIAL PENALTY ASSESSMENT | 10.00 | 0.00 | CT 3461102O749 | 1 | PR | 10.00 | 06/30/2008 |

Division Payment Total   1,010.00

Grand Total   1,010.00

$10.00 SPECIAL ASSESSMENT PAID IN FULL on 6-30-08

$1000 — FINE PAID IN FULL on 6-30-08